IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**RODNEY MANYON LANE,** :
:
    **Plaintiff** :
:
**v.** :     CASE NO. 7:13-CV-36 (HL)
:
:
**TED PHILBIN, et al,** :
:
    **Defendants** :
:

**ORDER ON REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

    The Recommendation of the United States Magistrate Judge (Doc. 5) filed April 29, 2013 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

    No objections to the Magistrate Judge's Recommendation were filed within the time allowed.

    **SO ORDERED,** this the 23rd day of May, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge**
**United States District Court**