IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **RODNEY MANYON LANE,**<br><br>        Plaintiff,<br><br>v.<br><br>**TED PHILBIN, SHUNDRA WOODS, CALVIN ORR, and SHERMAN MAINE,**<br><br>        Defendants. | Civil Action No. 7:13-CV-36 (HL) |

## ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Thomas Q. Langstaff (Doc. 39). Plaintiff has not filed an objection to the Recommendation. The Court has reviewed the Recommendation for clear error and finds none. The Recommendation is accepted and adopted. Defendants' Motion to Dismiss (Doc. 19) is granted. Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 22) is denied.

**SO ORDERED**, this the 25th day of February, 2014.

                              *s/ Hugh Lawson*
                              **HUGH LAWSON, SENIOR JUDGE**

mbh