# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| RODNEY MANYON LANE,<br><br>    Plaintiff,<br><br>v.<br><br>TED PHILBIN, SHUNDA WOODS,<br>CALVIN ORR, and SHERMAN MAINE,<br><br>    Defendants. | Civil Action File No.<br>7:13-CV-36 (HL)<br><br>Jury Trial Demanded |

## JOINT MOTION FOR ENTRY OF STIPULATED
## AMENDED CONFIDENTIALITY ORDER

COMES NOW Plaintiff Rodney M. Lane and Defendants Ted Philbin, Shunda Woods, Calvin Orr, and Sherman Maine and, pursuant to the Scheduling and Discovery Order in this case [Doc. 87, p. 6], move this Court for entry of the proposed amended confidentiality order attached hereto as Exhibit "A". This proposed amended order incorporates all terms included in the Court's previous order, including the paragraph added by the Court [Doc. 92], and adds only a provision regarding material to be designated CONFIDENTIAL/ATTORNEYS' EYES ONLY at the request of the Georgia Department of Corrections and the agreement of the parties.

WHEREFORE, the parties respectfully request that the order be entered as requested.

Respectfully submitted this 30th day of July, 2018.

| /s/ Amanda Seals Bersinger | /s/ Annarita L. McGovern | /s/ J. Kyle Brooks |
|---|---|---|
| Amanda Seals Bersinger<br>Georgia Bar No. 502720<br>bersinger@bmelaw.com<br>Jane D. Vincent<br>Georgia Bar No. 380850<br>vincent@bmelaw.com<br>BONDURANT MIXSON & ELMORE, LLP<br>1201 W Peachtree St NW, Suite 3900<br>Atlanta, Georgia 30309<br>Telephone: 404-881-4100<br>Fax: 404-881-4111<br><br>*Attorneys for Plaintiff* | Annarita L. McGovern<br>Georgia Bar No. 098141<br>annarita.mcgovern@colemantalley.com<br>Terry L. Long<br>Georgia Bar No. 457460<br>terry.long@colemantalley.com<br>COLEMAN TALLEY, LLP<br>3475 Lenox Road, NE, Suite 400<br>Atlanta, Georgia 30326<br>Telephone: (678) 987-0930<br>Fax: (770) 698-9729<br><br>*Attorneys for Defendant Maine* | J. Kyle Brooks<br>Georgia Bar No. 773561<br>kbrooks@law.ga.gov<br>Ronald J. Stay<br>Georgia Bar No. 621732<br>rstay@law.ga.gov<br>STATE LAW DEPARTMENT<br>40 Capitol Square SW<br>Atlanta, Georgia 30334<br>Telephone: 404-656-6676<br>Fax: 404-651-5304<br><br>*Attorney for Defendants Orr, Woods, and Philbin* |

# CERTIFICATE OF SERVICE

I certify that, on July 30, 2018 I filed this **JOINT MOTION FOR ENTRY OF STIPULATED AMENDED CONFIDENTIALITY ORDER** with the Clerk of Court using the CM/ECF system, which will automatically notify all counsel of record.

/s/ Amanda Seals Bersinger
Amanda Seals Bersinger

1694246.1

Certificate of Service Page