IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| RODNEY MANYON LANE,<br><br>  Plaintiff,<br><br>v.<br><br>TED PHILBIN, SHUNDA WOODS, CALVIN ORR, and SHERMAN MAINE,<br><br>  Defendants. | Civil Action File No.<br>7:13-CV-36 (HL)<br><br>Jury Trial Demanded |

## STIPULATION OF DISMISSAL

COME NOW the Plaintiff, Rodney Manyon Lane, and the Defendants Edward L. "Ted" Philbin, Jr., Shunda Woods, Calvin Orr and Sherman Maine, who having resolved this case by settlement, hereby stipulate that the above-styled action be dismissed <u>with</u> prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with the Parties to bear their own costs of litigation, including any attorneys' fees or other costs potentially recoverable under 42 U.S.C. § 1988.

Respectfully submitted, this 21st day of December, 2018.

COUNSEL FOR PLAINTIFF:

/s/ Jane D. Vincent
Amanda Seals Bersinger
Georgia Bar No. 502720
bersinger@bmelaw.com
Jane D. Vincent
Georgia Bar No. 380850
vincent@bmelaw.com
BONDURANT MIXSON & ELMORE, LLP
1201 W Peachtree Street, NW
Suite 3900
Atlanta, GA 30309

COUNSEL FOR DEFENDANTS:

/s/ Ronald J. Stay
J. Kyle Brooks
Georgia Bar No. 773561
kbrooks@law.ga.gov
Ronald J. Stay
Georgia Bar No. 621732
rstay@law.ga.gov
GEORGIA DEPARTMENT OF LAW
40 Capitol Square, S.W.
Atlanta, GA 30334
Telephone: 404-463-8850

1731739.1

Telephone: 404-881-4100  
Facsimile: 404-881-4111

Facsimile: 404-651-5304  
*Attorneys for Defendants Ted Philbin, Shunda Woods, and Calvin Orr*

/s/ Annarita L. McGovern  
Annarita L. McGovern  
Georgia Bar No. 098141  
Annarita.mcgovern@colemantalley.com  
Terry Long  
Georgia Bar No. 457460  
Terry.long@colemantalley.com  
COLEMAN TALLEY, LLP  
3475 Lenox Road, NE  
Suite 400  
Atlanta, GA  30326  
Telephone: 678-987-0930  
Facsimile: 770-698-9729  
*Attorneys for Defendant Sherman Maine*

1731739.1

## **CERTIFICATE OF SERVICE**

I certify that, on December 21, 2018, I filed this STIPULATION OF DISMISSAL with the Clerk of Court using the CM/ECF system, which will automatically notify all counsel of record.

*/s/ Jane D. Vincent*
Jane D. Vincent
